1 Deverie J. Christensen
Nevada State Bar No. 6596
2 Joshua A. Sliker
Nevada State Bar No. 12493
3 Daniel I. Aquino
Nevada State Bar No. 12682
4 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
5 Las Vegas, Nevada 89101
Tel: (702) 921-2460
6 Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com
7
*Attorneys for Defendants*
8 *Wynn Resorts, Limited and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. § 1332(d), Defendants hereby notify the Court of the removal of *JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual, v. WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X,*

*inclusive*, Case No. A-19-802786-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada.  In support of said removal, Defendants state as follows:

1. On September 30, 2019, an action was commenced in the Eighth Judicial District Court of Clark County, Nevada, entitled *JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual, v. WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,*.  A copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendants were served on October 8, 2019 with a copy of the Complaint and a Summons issued by the state court on or about October 3, 2019.  A copy of the Summons is attached hereto as **Exhibit B**.

3. This action is properly removed to federal court under federal question jurisdiction because Plaintiff's Complaint contains claims which arise under federal law, specifically, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.  *See* 28 U.S.C. § 1441.

4. This Notice of Removal is being filed within thirty (30) days of receipt of any pleadings setting forth the claim for relief upon which the action is based and is, therefore, timely under 28 U.S.C. § 1331 and § 1446(b).

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff alleges conduct in violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. Any remaining state law claims are also properly removed pursuant to the Court's supplemental jurisdiction.  28 U.S.C. § 1367(a).

6. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court.  28 U.S.C. § 1391.

Jackson Lewis P.C.
Las Vegas

2

WHEREFORE, Defendants pray that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 29th day of October, 2019.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #5837
Joshua A. Sliker, Bar #12493
Daniel I. Aquino, Bar #12682
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 29th day of October, 2019, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

Kathleen J. England, Esq.
**Gilbert & England Law Firm**
610 South Ninth Street
Las Vegas, Nevada 89101

Jason R. Maier, Esq.
Joseph A. Gutierrez, Esq.
Danielle J. Barraza, Esq.
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ Kelley Chandler*
　　　　　　　　　　　　　　　　　　　　Employee of Jackson Lewis P.C.

4852-8064-5034, v. 1