# EXHIBIT B

# Summons (2)

# EXHIBIT B

Electronically Issued
10/2/2019 6:40 PM

Electronically Filed
10/14/2019 5:01 PM
Steven D. Grierson
CLERK OF THE COURT

1   **SUMM**
KATHLEEN J. ENGLAND, ESQ.
2   Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
3   610 South Ninth Street
Las Vegas, Nevada 89101
4   Telephone:    702.529.2311
E-mail:    kengland@gilbertenglandlaw.com
5
JASON R. MAIER, ESQ.
6   Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
7   Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
8   Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
9   8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
10   Telephone: 702.629.7900
Facsimile:  702.629.7925
11   E-mail:    jrm@mgalaw.com
jag@mgalaw.com
12             djb@mgalaw.com

13   *Attorneys for Plaintiffs Judy Doe No. 1,*
*Judy Doe No. 2, Judy Doe No. 3,*
14   *Judy Doe No. 4, Judy Doe No. 5,*
*Judy Doe No. 6, Judy Doe No. 7,*
15   *Judy Doe No. 8 and Judy Doe No. 9*

16                          **DISTRICT COURT**

17                       **CLARK COUNTY, NEVADA**

18

19   JUDY DOE NO. 1, an individual; JUDY DOE       Case No.:  A-19-802786-C
NO. 2, an individual; JUDY DOE NO. 3, an       Dept. No.: 20
20   individual; JUDY DOE NO. 4, an individual;
JUDY DOE NO. 5, an individual; JUDY DOE       **SUMMONS - CIVIL**
21   NO. 6, an individual; JUDY DOE NO. 7, an
individual; JUDY DOE NO. 8, an individual; and
22   JUDY DOE NO. 9 an individual,

23             Plaintiff,

24   v.

25   WYNN   RESORTS,   LIMITED,   a   Nevada
corporation; WYNN LAS VEGAS, LLC, a
26   Nevada  limited-laiblity  company;  DOES   I
through  X;  and  ROE  CORPORATIONS   I
27   through X, inclusive,

28             Defendants.

1

1  **NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU**
2  **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ**
   **THE INFORMATION BELOW.**

3  **WYNN RESORTS, LIMITED**

4  A civil complaint has been filed by the Plaintiff against you for the relief set forth in the
5  complaint.

6      1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on
7  you, exclusive of the day of service, you must do the following:

8          (a)    File with the Clerk of the Court, whose address is shown below, a formal
9              written response to the Complaint in accordance with the rules of the Court,
10             with the appropriate filing fee.

11         (b)    Serve a copy of your response upon the attorney whose name and address is
12             shown below.

13     2.    Unless you respond, your default will be entered upon application of the Plaintiffs and
14 failure to so respond will result in a judgment of default against you for the relief demanded in the
15 complaint, which could result in the taking of money or property or other relief requested in the
16 complaint.

17     3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly
18 so that your response may be filed on time.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file and Answer or other responsive pleading to the complaint.

CLERK OF THE COURT  STEVEN D. GRIERSON

10/3/2019

Deputy Clerk                                    Date
Regional Justice Court
200 Lewis Avenue
Las Vegas, Nevada 89155

**Demond Palmer**

Respectfully submitted,

MAIER GUTIERREZ & ASSOCIATES

/s/ Danielle J. Barraza

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

3

PSER
MAIER GUTIERREZ & ASSOCIATES
8816 SPANISH RIDGE AVENUE
LAS VEGAS, NV 89148
(702) 629-7900

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, ET AL.<br>Plaintiff | *Case Number:* A-19-802786-C |
| vs | *Dept:* |
| WYNN RESORTS, LIMITED, ET AL.<br>Defendant | **PROOF OF SERVICE** |

MARIE A. SCHEIB, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on 10/7/2019 a copy of the:
**SUMMONS; COMPLAINT FOR DISCRIMINATION, RETALIATION AND RELATED TORTS**

I served the same on **10/8/2019 at 10:59 AM** to:

**Defendant WYNN RESORTS, LIMITED, A NEVADA CORPORATION, BY SERVING ROXANE PEPER, REGISTERED AGENT**

by leaving the copies with or in the presence of **SHARI AIDUKAS, EXECUTIVE ASSISTANT FOR ROXANE PEPER**, at 3131 S LAS VEGAS BLVD, LAS VEGAS, NV 89109, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty
of perjury under the law of the State of Nevada that
the forgoing is true and correct.

Executed: Wednesday, October 9, 2019

MARIE A. SCHEIB
Registered Work Card R-2019-01379

Electronically Issued
10/2/2019 6:40 PM

Electronically Filed
10/14/2019 5:01 PM
Steven D. Grierson
CLERK OF THE COURT

1  **SUMM**
   KATHLEEN J. ENGLAND, ESQ.
2  Nevada Bar No. 206
   **GILBERT & ENGLAND LAW FIRM**
3  610 South Ninth Street
   Las Vegas, Nevada 89101
4  Telephone:    702.529.2311
   E-mail:       kengland@gilbertenglandlaw.com
5
   JASON R. MAIER, ESQ.
6  Nevada Bar No. 8557
   JOSEPH A. GUTIERREZ, ESQ.
7  Nevada Bar No. 9046
   DANIELLE J. BARRAZA, ESQ.
8  Nevada Bar No. 13822
   **MAIER GUTIERREZ & ASSOCIATES**
9  8816 Spanish Ridge Avenue
   Las Vegas, Nevada 89148
10 Telephone: 702.629.7900
   Facsimile: 702.629.7925
11 E-mail:    jrm@mgalaw.com
              jag@mgalaw.com
12            djb@mgalaw.com

13 *Attorneys for Plaintiffs Judy Doe No. 1,*
   *Judy Doe No. 2, Judy Doe No. 3,*
14 *Judy Doe No. 4, Judy Doe No. 5,*
   *Judy Doe No. 6, Judy Doe No. 7,*
15 *Judy Doe No. 8 and Judy Doe No. 9*

16                      **DISTRICT COURT**

17                 **CLARK COUNTY, NEVADA**

18
   JUDY DOE NO. 1, an individual; JUDY DOE         Case No.: A-19-802786-C
19 NO. 2, an individual; JUDY DOE NO. 3, an        Dept. No.: 20
   individual; JUDY DOE NO. 4, an individual;
20 JUDY DOE NO. 5, an individual; JUDY DOE         **SUMMONS - CIVIL**
   NO. 6, an individual; JUDY DOE NO. 7, an
21 individual; JUDY DOE NO. 8, an individual; and
   JUDY DOE NO. 9 an individual,
22
23             Plaintiff,
24 v.
25 WYNN RESORTS, LIMITED, a Nevada
   corporation; WYNN LAS VEGAS, LLC, a
26 Nevada limited-laiblity company; DOES I
   through X; and ROE CORPORATIONS I
27 through X, inclusive,
28             Defendants.

                               1

1     **NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU**
2 **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

3                                             **WYNN LAS VEGAS, LLC**

4     A civil complaint has been filed by the Plaintiff against you for the relief set forth in the
5 complaint.

6     1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on
7 you, exclusive of the day of service, you must do the following:

8         (a)    File with the Clerk of the Court, whose address is shown below, a formal
9             written response to the Complaint in accordance with the rules of the Court,
10             with the appropriate filing fee.

11         (b)    Serve a copy of your response upon the attorney whose name and address is
12             shown below.

13     2.    Unless you respond, your default will be entered upon application of the Plaintiffs and
14 failure to so respond will result in a judgment of default against you for the relief demanded in the
15 complaint, which could result in the taking of money or property or other relief requested in the
16 complaint.

17     3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly
18 so that your response may be filed on time.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

1

2        4.     The State of Nevada, its political subdivisions, agencies, officers, employees, board

3  members, commission members and legislators each have 45 days after service of this Summons

4  within which to file and Answer or other responsive pleading to the complaint.

5

6                       CLERK OF THE COURT   STEVEN D. GRIERSON

                                             10/3/2019

7                       Deputy Clerk                        Date

8                       Regional Justice Court

                       200 Lewis Avenue

9                       Las Vegas, Nevada 89155

10                         Demond Palmer

11  Respectfully submitted,

12  **MAIER GUTIERREZ & ASSOCIATES**

13  */s/ Danielle J. Barraza*

14  JASON R. MAIER, ESQ.
    Nevada Bar No. 8557
15  JOSEPH A. GUTIERREZ, ESQ.
    Nevada Bar No. 9046
16  DANIELLE J. BARRAZA, ESQ.
    Nevada Bar No. 13822
17  8816 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
18  *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

28

3

PSER
MAIER GUTIERREZ & ASSOCIATES
8816 SPANISH RIDGE AVENUE
LAS VEGAS, NV 89148
(702) 629-7900

## DISTRICT COURT
## CLARK COUNTY, NEVADA

JUDY DOE NO. 1, ET AL.
  Plaintiff

vs

WYNN RESORTS, LIMITED, ET AL.
  Defendant

*Case Number:* A-19-802786-C

*Dept:*

**PROOF OF SERVICE**

MARIE A. SCHEIB, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on 10/7/2019 a copy of the:
**SUMMONS; COMPLAINT FOR DISCRIMINATION, RETALIATION AND RELATED TORTS**

I served the same on **10/8/2019 at 10:59 AM** to:

**Defendant WYNN LAS VEGAS, LLC, A  NEVADA LIMITED-LIABILITY COMPANY, BY SERVING ROXANE PEPER, REGISTERED AGENT**

by leaving the copies with or in the presence of **SHARI AIDUKAS, EXECUTIVE ASSISTANT FOR ROXANE PEPER**, at 3131 S LAS VEGAS BLVD, LAS VEGAS, NV 89109, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty
of perjury under the law of the State of Nevada that
the forgoing is true and correct.

Executed: Wednesday, October 9, 2019

_____
MARIE A. SCHEIB
Registered Work Card R-2019-01379