KATHLEEN J. ENGLAND, NV Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, NV Bar No. 8557
JOSEPH A. GUTIERREZ, NV Bar No. 9046
DANIELLE J. BARRAZA, NV Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
E-mail:jrm@mgalaw.com; jag@mgalaw.com; djb@mgalaw.com
*Attorneys for Plaintiffs Judy Doe No. 1, Judy Doe No. 2,
Judy Doe No. 3, Judy Doe No. 4, Judy Doe No. 5,
Judy Doe,No. 6, Judy Doe No. 7, Judy Doe No. 8
and Judy Doe No. 9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1; JUDY DOE NO. 2; JUDY DOE NO. 3; JUDY DOE NO. 4; JUDY DOE NO. 5; JUDY DOE NO. 6; JUDY DOE NO. 7; JUDY DOE NO. 8; and JUDY DOE NO. 9, <br> Plaintiffs, <br> vs. <br><br> WYNN RESORTS, LIMITED, WYNN LAS VEGAS, LLC, DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br> Defendants. | Case No. 2:19-cv-01904-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS, MOTIONS FOR A MORE DEFINITE STATEMENT AND RELATED JOINDERS [ECF NOs. 8 through 12]** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs JUDY DOE NO. 1; JUDY DOE NO. 2; JUDY DOE NO. 3; JUDY DOE NO. 4; JUDY DOE NO. 5; JUDY DOE NO. 6; JUDY DOE NO. 7; JUDY DOE NO. 8; and JUDY DOE NO. 9, on the one hand, and Defendants WYNN RESORTS, LIMITED; and WYNN LAS VEGAS, LLC, on the other, pursuant to LR 7-1, to request Court approval of an extension of the deadline for Plaintiffs to respond to certain motions filed by Defendants on November 5, 2019, specifically:

- Defendant Wynn Las Vegas, LLC's: (1) Motion to Dismiss Plaintiffs' First Amended Complaint; or (2) in the Alternative, Motion for a More Definite Statement, [ECF Nos. 8, 9]; and

- Defendant Wynn Resorts, Limited's: (1) Motion to Dismiss Plaintiffs' First Amended Complaint; or (2) in the Alternative, Joinder to Defendant Wynn Las Vegas, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint; or (3) in the Alternative, Joinder to Defendant Wynn Las Vegas, LLC's Motion for a More Definite Statement, [ECF Nos 10,11, 12].

The parties are stipulating that the due date for Plaintiffs' oppositional responses may be extended by fifteen (15) days, from November 19, 2019 to **December 4, 2019** and that correspondingly, the deadline for Defendants' reply would be then be extended from November 26, 2019 to **December 19, 2019.**

Dated: November 13, 2019

**GILBERT & ENGLAND LAW FIRM**
/s/ Kathleen J. England
KATHLEEN J. ENGLAND, NV Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

JASON R. MAIER, NV Bar No. 8557
JOSEPH A. GUTIERREZ, NV Bar No. 9046
DANIELLE J. BARRAZA, NV Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs Judy Doe No. 1, Judy Doe No. 2, Judy Doe No. 3, Judy Doe No. 4, Judy Doe No. 5, Judy Doe No. 6, Judy Doe No. 7, Judy Doe No. 8 and Judy Doe No. 9*

Dated: November 13, 2019

**JACKSON LEWIS**
/s/ Joshua A. Sliker
DEVERIE J. CHRISTENSEN, NV Bar No. 6596
JOSHUA A. SLIKER, NV Bar No. 12493
DANIEL I. AQUINO, NV Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, NV 89101
*Attorneys for Defendants,
Wynn Resorts, Ltd.; and Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
*United States District Judge*

DATED: November 15, 2019