1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
3  DANIEL I. AQUINO, ESQ.
   Nevada Bar No. 12682
4  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
5  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
6  Facsimile: (702) 921-2461
7  E-Mail: deverie.christensen@jacksonlewis.com
           joshua.sliker@jacksonlewis.com
8          daniel.aquino@jacksonlewis.com

9  *Attorneys for Defendants Wynn Resorts, Limited
   and Wynn Las Vegas, LLC*
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE UNDER FICTITIOUS NAMES [20] AND MOTION FOR PROTECTIVE ORDER [21]** |

On December 18, 2019, this Court entered its Order (ECF No. 39) scheduling a hearing for January 7, 2020 at 11:00 a.m. on Motion for Leave to Proceed Under Fictitious Names (ECF No. 20) by Plaintiffs and Motion for Protective Order (ECF No. 21) (the "Hearing"). Defendants, by and through their counsel of record, and Plaintiffs, by and through their counsel of record, do hereby stipulate and agree to continue the Hearing date currently set for January 7, 2020, as set forth below.

A continuance is necessary because Defendants' Counsel is already scheduled to appear in another case for an Early Neutral Evaluation Conference on January 7, 2020, at 9:30am, before the

Honorable Magistrate Judge Nancy J. Koppe.  Thus, the Parties have agreed to stipulate to a continuance of the Hearing.  The Parties are available on the following dates and times to continue the Hearing, subject to the Court's availability:

- January 8, 2020, available in the afternoon.
- January 9, 2020, available in the afternoon.
- January 10, 2020, available until 2:00 p.m.
- January 13, 2020, available in the morning.
- January 15, 2020, available all day.

This stipulation and order is sought in good faith and not for the purpose of delay.  No prior request for any extension of on this hearing has been made.

Dated this 31st day of December, 2019.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Kathleen J. England<br>Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Joseph A. Gutierrez, Esq.<br>Nevada Bar No. 9046<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | /s/ Joshua A. Sliker<br>Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>Daniel I. Aquino, Esq.<br>Nevada Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| GILBERT & ENGLAND LAW FIRM<br>Kathleen J. England, Esq.<br>Nevada Bar No. 206<br>610 South Ninth Street<br>Las Vegas, Nevada 89101 | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

## **ORDER**

IT IS ORDERED the hearing on Motion for Leave to Proceed Under Fictitious Names (ECF No. 20) by Plaintiffs and Motion for Protective Order (ECF No. 21) is continued to 3:00 PM, January 8, 2020, in Courtroom 3D.

_____
United States Magistrate Judge

Dated: 1-2-2020