DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
joshua.sliker@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' TO FILE REPLIES IN SUPPORT OF THEIR MOTION TO STRIKE (ECF No. 67) AND MOTION FOR SANCTIONS (ECF No. 68)** |

Defendants, by and through their counsel of record, and Plaintiffs, by and through their counsel of record, do hereby stipulate and agree to extend the time for Defendants to file their Replies in Support of their Motion to Strike Plaintiffs' Motion for Leave to File Supplemental Evidence in Support of their Opposition to Wynn Resorts, Limited's Motion to Dismiss (ECF No. 67) and Motion for Sanctions (ECF No. 68) up to and including March 25, 2020. The Stipulation is based on the following:

1. On February 12, 2020, Plaintiffs filed a Motion for Leave to File Supplemental

Evidence in Support of their Opposition to Wynn Resorts, Limited's Motion to Dismiss. ECF No. 60.

2. On February 26, 2020, Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC filed their Opposition to Plaintiffs' Motion for Leave to File Supplemental Evidence (ECF No. 66), along with a Motion to Strike Plaintiff's Motion (ECF No. 67) and Motion for Sanctions (ECF No. 68).

3. On March 11, 2020, Plaintiffs filed their Oppositions to Defendants' Motion to Strike (ECF No. 73) and Motion for Sanctions (ECF No. 74).

4. Currently, Defendants' Replies in Support of their Motions are due on March 18, 2020.

5. An extension of time is necessary for Defendants to file their Replies in Support of their Motions due to defense counsel's schedule and commitments in other matters. Ms. Christensen is out of the office and expected to return sometime next week. Similarly, Mr. Sliker is currently working on a matter involving analysis and review of several thousand pages of documents and will be out of the office next week for several days working on another time-sensitive matter. Collectively, these circumstances have and will continue impede timely preparation of Defendants' Replies.

6. Thus, the Parties have agreed stipulate to extend the time for Defendants to file their Replies.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of on this deadline has been made.

Dated this 16th day of March, 2020.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Danielle J. Barraza* | */s/ Joshua A. Sliker* |
| Jason R. Maier, Esq. | Deverie J. Christensen, Esq. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| Joseph A. Gutierrez, Esq. | Joshua A. Sliker, Esq. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| Danielle J. Barraza, Esq. | Daniel I. Aquino, Esq. |
| Nevada Bar No. 13822 | Nevada Bar No. 12682 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| GILBERT & ENGLAND LAW FIRM | *Attorneys for Defendants* |
| Kathleen J. England, Esq. | |
| Nevada Bar No. 206 | |
| 610 South Ninth Street | |
| Las Vegas, Nevada 89101 | |

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

U.S. District Court Judge

Dated: March 17, 2020

4851-9324-1783, v. 1