```
 1  DEVERIE J. CHRISTENSEN, ESQ.
    Nevada Bar No. 6596
 2  JOSHUA A. SLIKER, ESQ.
    Nevada Bar No. 12493
 3  DANIEL I. AQUINO, ESQ.
    Nevada Bar No. 12682
 4  JACKSON LEWIS P.C.
    300 S. Fourth Street, Suite 900
 5  Las Vegas, Nevada 89101
    Telephone: (702) 921-2460
 6  Facsimile: (702) 921-2461
 7  E-Mail: deverie.christensen@jacksonlewis.com
            joshua.sliker@jacksonlewis.com
 8          daniel.aquino@jacksonlewis.com
 9  Attorneys for Defendants Wynn Resorts, Limited
    and Wynn Las Vegas, LLC
10
```

(Counsel block above)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' TO FILE RESPONSES TO PLAINTIFFS' MOTION FOR RECONSIDERATION (ECF No. 85)** |

Defendants, by and through their counsel of record, and Plaintiffs, by and through their counsel of record, do hereby stipulate and agree to extend the time for Defendants to file their respective Responses to Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Complaint (ECF No. 85) up to and including September 4, 2020. The Stipulation is based on the following:

1. On July 15, 2020, the Court issued an order granting Defendant Wynn Las Vegas, LLC's Motion to Dismiss Plaintiffs' Complaint (ECF No. 81).

2. On August 12, 2020, Plaintiffs' filed a Motion for Reconsideration of the Court's Order (ECF No. 85).

3. Currently, Defendants' respective responses to Plaintiffs' Motion are due on August 26, 2020.

4. An extension of time is necessary for Defendants to file their Responses due to defense counsel's schedule and commitments in other matters. Ms. Christensen has been engaged in client meetings over the last week which are expected to continue into the week of August 24, 2020. In addition, Mr. Sliker is out of the office on August 21, 2020 and is working on several other matters with deadlines on August 24th and 25th. Collectively, these circumstances have and will continue impede timely preparation of Defendants' Responses.

5. Thus, the Parties have agreed stipulate to extend the time for Defendants to file their Responses to September 4, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of this deadline has been made.

Dated this 21st day of August, 2020.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Danielle J. Barraza* | /s/ *Joshua A. Sliker* |
| Jason R. Maier, Esq. | Deverie J. Christensen, Esq. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| Joseph A. Gutierrez, Esq. | Joshua A. Sliker, Esq. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| Danielle J. Barraza, Esq. | Daniel I. Aquino, Esq. |
| Nevada Bar No. 13822 | Nevada Bar No. 12682 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |

GILBERT & ENGLAND LAW FIRM
Kathleen J. England, Esq.
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

Dated: August 24, 2020

4851-2425-6456, v. 2