KATHLEEN J. ENGLAND, NV Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:	702.529.2311
E-mail:	kengland@gilbertenglandlaw.com

JASON R. MAIER, NV Bar No. 8557
JOSEPH A. GUTIERREZ, NV Bar No. 9046
DANIELLE J. BARRAZA, NV Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:	jrm@mgalaw.com
	jag@mgalaw.com
	djb@mgalaw.com

*Attorneys for Plaintiffs, Judy Does 1-9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR REPLY TO DEFENDANTS' OPPOSITION [ECF NO. 89] TO PLAINTIFFS' MOTION FOR RECONSIDERATION [ECF NO. 85]** |

The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their attorneys of record, do hereby stipulate and agree to extend the time for Plaintiffs to file their reply to Defendants' opposition [ECF No. 89] to Plaintitffs' motion for reconsideration of the Court's order dismissing

1

Plaintiffs' Complaint [ECF No. 85] up to and including **September 18, 2020**.

The current deadline to submit the reply brief is September 11, 2020. Plaintiffs have requested this extension of time due to Plaintiffs' counsel's traveling schedule and time-sensitive commitments in other matters which have impeded timely preparation of Plaintiffs' reply.

This stipulation is submitted in good faith and not for purposes of delay.

Dated this 11th day of September 2020.

| | |
|---|---|
| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
| */s/ Danielle J. Barraza* <br> Jason R. Maier, Esq. <br> Nevada Bar No. 8557 <br> Joseph A. Gutierrez, Esq. <br> Nevada Bar No. 9046 <br> Danielle J. Barraza, Esq. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 | */s/ Joshua A. Sliker* <br> Deverie J. Christensen, Esq. <br> Nevada Bar No. 6596 <br> Joshua A. Sliker, Esq. <br> Nevada Bar No. 12493 <br> Daniel I. Aquino, Esq. <br> Nevada Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| GILBERT & ENGLAND LAW FIRM <br> Kathleen J. England, Esq. <br> Nevada Bar No. 206 <br> 610 South Ninth Street <br> Las Vegas, Nevada 89101 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED.**

_____
U.S. District Judge

Dated: September 11, 2020

2