DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
           joshua.sliker@jacksonlewis.com
           daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Resorts, Limited and Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**DEFENDANTS WYNN RESORTS, LIMITED'S AND WYNN LAS VEGAS, LLC'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE (ECF No. 93)** |

Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, by and through their counsel, the law firm of Jackson Lewis P.C., submit the instant Non-Opposition to Plaintiffs' Motion for Leave to File Reply to Defendants' Opposition to Plaintiffs' Motion for Reconsideration, and if need be, Amendment of the Order Dismissing Plaintiffs' Complaint. ECF No. 93. Defendants are aware of the technical issues experienced by Plaintiffs in attempting to file

their Reply on Friday, September 18, 2020, due to the Court's electronic filing system being taken down for maintenance earlier than publicized. On that basis, Defendants do not oppose Plaintiff's Motion for Leave (ECF No. 93) to file their Reply Brief one court-day late, to the extent Plaintiffs ask the Court to deem said Reply timely filed. Defendants non-opposition applies only to the timely filing of Plaintiffs' Reply and does not speak to the merits of the underlying Reply.

Dated this 28th day of September, 2020.

                JACKSON LEWIS P.C.

                */s/ Joshua A. Sliker*
                DEVERIE J. CHRISTENSEN, ESQ.
                Nevada Bar No. 6596
                JOSHUA A. SLIKER, ESQ.
                Nevada Bar No. 12493
                DANIEL I. AQUINO, ESQ.
                Nevada Bar No. 12682
                300 S. Fourth Street, Suite 900
                Las Vegas, Nevada 89101
                *Attorneys for Defendants*
                *Wynn Resorts, Limited, and*
                *Wynn Las Vegas, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 28th day of September, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS WYNN RESORTS, LIMITED'S AND WYNN LAS VEGAS, LLC'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE (ECF No. 93)** to be served via the Court's CM/ECF electronic filing and service system to the following:

>Kathleen J. England, Esq.
>**Gilbert & England Law Firm**
>610 South Ninth Street
>Las Vegas, Nevada 89101
>
>Jason R. Maier, Esq.
>Joseph A. Gutierrez, Esq.
>Danielle J. Barraza, Esq.
>**Maier Gutierrez & Associates**
>8816 Spanish Ridge Avenue
>Las Vegas, Nevada 89145
>
>*Attorneys for Plaintiffs*

*/s/ Kelley Chandler*
Employee of Jackson Lewis P.C.