1

2

3

4                    UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                                  * * *

7    JUDY DOE NO. 1, et al.,                    Case No. 2:19-CV-1904 JCM (VCF)

8                              Plaintiff(s),              ORDER

9           v.

10   WYNN RESORTS, LIMITED, et al.,

11                            Defendant(s).

12

13          Presently before the court is the matter of *Doe No. 1 et al. v. Wynn Resorts Limited et al.*,

14   case number 2:19-cv-01904-JCM-VCF.

15          On July 15, 2020, this court granted defendant Wynn Las Vegas, LLC's ("WLV") motion

16   to dismiss for failure to state a claim.  (ECF Nos. 8, 81).  Judgment was entered in WLV's favor

17   on that same day.  (ECF No. 82).  Plaintiffs Judy Does 1-9 (collectively "plaintiffs") appealed.

18   (ECF No. 83).  On November 23, 2021, the Ninth Circuit affirmed in part, reversed in part, and

19   remanded this case for further proceedings.  (ECF No. 96).  The order on mandate was entered

20   on December 16, 2021.  (ECF No. 99).

21          Pursuant to the Ninth Circuit's mandate, plaintiffs are permitted to file their amended

22   complaint under fictitious names, at which point the court will reassess their motion to proceed

23   under fictitious names (ECF No. 20), carefully applying the Ninth Circuit test as articulated in

24   *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000) and *Doe v.*

25   *Kamehameha Schools*, 596 F.3d 1036 (9th Cir. 2010).

26   . . .

27   . . .

28   . . .

**James C. Mahan**
**U.S. District Judge**

1        Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs have leave to

3    amend their complaint.   Plaintiffs may file their amended complaint under fictitious names

4    within 30 days from the date of this order.

5        IT IS FURTHER ORDERED that the court's order (ECF No. 52) be, and the same

6    hereby is, VACATED as to its denying plaintiffs' motion to proceed under fictitious names.  The

7    court shall reassess plaintiffs' motion (ECF No. 20) when and if plaintiffs file their amended

8    complaint.

9        The clerk is instructed to reopen the case accordingly.

10        DATED December 27, 2021.

11                                    _____
                                        UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -