DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited
and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their counsel Maier Gutierrez & Associates and Gilbert & England Law Firm, and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, by and through its counsel Jackson Lewis P.C., that Defendants shall have an extension up to and including March 2, 2022, in which to file their respective responses to Plaintiffs' Second Amended Complaint (ECF No. 106). This Stipulation is submitted and based upon the following:

1.      Defendants' respective responses to the Second Amended Complaint are currently due on February 16, 2022.

2.      Due to the breadth of the Second Amended Complaint, which includes 402

paragraphs of allegations over 69 pages and 201 pages of exhibits attached thereto, Defendants require additional time to investigate and prepare their responses.

      3.      This is the first request for an extension of time for Defendants to file their respective responses to Plaintiff's Second Amended Complaint.

      4.      This request is made in good faith and not for the purpose of delay.

      5.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

      Dated this 9th day of February, 2022.

GILBERT & ENGLAND LAW FIRM

/s/ Kathleen J. England
KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

MAIER GUTIERREZ & ASSOCIATES
Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 2-10-2022