DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their counsel Maier Gutierrez & Associates and Gilbert & England Law Firm, and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, by and through its counsel Jackson Lewis P.C., that Defendants shall have an extension up to and including March 9, 2022, in which to file their respective responses to Plaintiffs' Second Amended Complaint (ECF No. 106). This Stipulation is submitted and based upon the following:

1. Defendants' respective responses to the Second Amended Complaint are currently due on March 2, 2022.

2. Due to the breadth of the Second Amended Complaint, which includes 402

paragraphs of allegations over 69 pages and 201 pages of exhibits attached thereto, Defendants require additional time to investigate and prepare their responses. In addition, Defendants' Counsel was ill for several days which has delayed preparation of the responses.

3. This is the second request for an extension of time for Defendants to file their respective responses to Plaintiff's Second Amended Complaint. The Parties previously stipulated to allow Defendants an extension of time. ECF No. 110.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 28th day of February, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza*<br>JASON R. MAIER, ESQ.<br>Nevada Bar No. 8557<br>JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>DANIELLE J. BARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>KATHLEEN J. ENGLAND, ESQ.<br>Nevada Bar No. 206<br>GILBERT & ENGLAND LAW FIRM<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | */s/ Joshua A. Sliker*<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 2-28-2022