Kathleen J. England, Esq.
Nevada Bar No. 206
**Gilbert & England Law Firm**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:      jrm@mgalaw.com
             jag@mgalaw.com
             djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,
Judy Doe No. 2, Judy Doe No. 3,
Judy Doe No. 4, Judy Doe No. 5,
Judy Doe No. 6, Judy Doe No. 7,
Judy Doe No. 8 and Judy Doe No. 9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS WYNN RESORTS, LIMITED AND WYNN LAS VEGAS, LLC'S MOTION TO STAY DISCOVERY PENDING DECISION OF THEIR MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

1

1  The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, do hereby stipulate and agree to extend the time for Plaintiffs to file their response to Defendants motion to stay discovery pending decision of their motions to dismiss plaintiffs' second amended complaint [ECF No. 120] up to and including **April 13, 2022**.

The current deadline to submit the response to Defendants motion to stay discovery pending decision of their motions to dismiss plaintiffs' second amended complaint [ECF No. 120] is March 25, 2022. Plaintiffs have requested this extension of time to April 13, 2022 so that they have adequate time to review and respond to the motion.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

| DATED this 25th day of March 2022. | DATED this 25th day of March 2022. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **JACKSON LEWIS P.C.** |
| */s/ Danielle J. Barraza* | */s/ Joshua A. Sliker* |
| _____ | _____ |
| Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Joseph A. Gutierrez, Esq.<br>Nevada Bar No. 9046<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>GILBERT & ENGLAND LAW FIRM<br>Kathleen J. England, Esq.<br>Nevada Bar No. 206<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>Hilary A. Williams, Esq.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED this 1st day of April 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

2