Kathleen J. England, Esq.
Nevada Bar No. 206
**Gilbert & England Law Firm**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:    702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:         jrm@mgalaw.com
                    jag@mgalaw.com
                    djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,*
*Judy Doe No. 2, Judy Doe No. 3,*
*Judy Doe No. 4, Judy Doe No. 5,*
*Judy Doe No. 6, Judy Doe No. 7,*
*Judy Doe No. 8 and Judy Doe No. 9*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS WYNN RESORTS, LIMITED AND WYNN LAS VEGAS, LLC'S MOTION TO STAY DISCOVERY PENDING DECISION OF THEIR MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(Second Request)** |

1  The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, do hereby stipulate and agree to extend the time for Plaintiffs to file their response to Defendants motion to stay discovery pending decision of their motions to dismiss plaintiffs' second amended complaint [ECF No. 120] up to and including **April 20, 2022**.

The current deadline to submit the response to Defendants motion to stay discovery pending decision of their motions to dismiss plaintiffs' second amended complaint [ECF No. 120] is April 13, 2022.  Plaintiffs have requested this extension of time to April 20, 2022 so that they have adequate time to review and respond to the motion.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 12th day of April 2022.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Danielle J. Barraza
_____
Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

GILBERT & ENGLAND LAW FIRM
Kathleen J. England, Esq.
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 12th day of April 2022.

**JACKSON LEWIS P.C.**

/s/ Joshua A. Sliker
_____
Deverie J. Christensen, Esq.
Nevada Bar No. 6596
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
Hilary A. Williams, Esq.
Nevada Bar No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED this 12th day of April, 2022.

_____
**Cam Ferenbach**
**United States Magistrate Judge**