KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:    702.529.2311
E-mail:       kengland@gilbertenglandlaw.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:  702.629.7925
E-mail:       jrm@mgalaw.com
              jag@mgalaw.com
              djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,
Judy Doe No. 2, Judy Doe No. 3,
Judy Doe No. 4, Judy Doe No. 5,
Judy Doe No. 6, Judy Doe No. 7,
Judy Doe No. 8 and Judy Doe No. 9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR:**<br><br>**(1) PLAINTIFFS' TO FILE RESPONSES TO ECF NOS. 115, 118 AND 119;**<br><br>**(2) DEFENDANT WYNN LAS VEGAS, LLC TO FILE ITS REPLY IN SUPPORT OF ECF NO. 115;**<br><br>**(3) DEFENDANT WYNN RESORTS, LIMITED TO FILE ITS REPLY IN SUPPORT OF ECF NOS. 118 AND 119; AND**<br><br>**(4) DEFENDANTS' TO FILE ITS RESPONSE TO ECF NO. 127**<br><br>**(Second Request)** |

1

The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, do hereby stipulate and agree to extend the time for Plaintiffs to file their responses to the following motions up to and including **April 15, 2022**:

- Defendant Wynn Las Vegas, LLC's motion to dismiss Plaintiffs' second amended complaint [ECF NO. 115];
- Defendant Wynn Resorts, Limited's motion to dismiss Plaintiffs' second amended complaint [ECF No. 118], or in the alternative, joinder to defendant Wynn Las Vegas, LLC's motion to dismiss Plaintiffs' second amended complaint [ECF No. 119]

The current deadline to submit the responses to the above-referenced motions and alternative joinder is April 8, 2022. ECF No. 124. Plaintiffs have requested this extension of time to April 15, 2022 in light of additional time that is needed to respond to the motions, one of which [ECF No. 115] consists of 38 substantive pages and is accompanied by a separate motion for leave to file excess pages [ECF No. 114].

Additionally, the Parties also agree to extend the time for Defendant Wynn Las Vegas, LLC to file its reply in support of its motion to dismiss Plaintiffs' second amended complaint (ECF No. 115), and for Defendant Wynn Resorts, Limited, to file its reply in support of its motion to dismiss Plaintiffs' second amended complaint (ECF No. 118) and joinder (ECF No. 119) to **May 6, 2022**. Defendants' lead counsel will be out of the office and unavailable beginning April 12, 2022 for nearly two weeks, and the current anticipated deadline will leave inadequate time for Defendants to prepare their respective replies.

In addition, on April 4, 2022, Plaintiffs filed their Opening Supplemental Briefing in Support of their (1) Motion for Leave to Proceed Under Ficitious Names (ECF No. 20) and (2) Motion for Protective Order (ECF No. 21). ECF No. 127. Currently, Defendants' response briefs are due April 18, 2022. For the same aforementioned reasons, the Parties also agree to extend the time for Defendants to file their responsive briefs to **May 6, 2022**.

/ / /

/ / /

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 6th day of April 2022.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*

Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

GILBERT & ENGLAND LAW FIRM
Kathleen J. England, Esq.
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 6th day of April 2022.

**JACKSON LEWIS P.C.**

*/s/ Joshua A. Sliker*

Deverie J. Christensen, Esq.
Nevada Bar No. 6596
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
Hilary A. Williams, Esq.
Nevada Bar No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Stipulations filed at ECF Nos. 129, 130, and 131 are also **GRANTED**.

Dated this   12   day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3