DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited*
*and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their counsel Maier Gutierrez & Associates and Gilbert & England Law Firm, and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, by and through its counsel Jackson Lewis P.C., that Defendants shall have an extension up to and including **May 6, 2022**, in which to file their reply in support of their Motion to Stay Discovery (ECF No. 120). This Stipulation is submitted and based upon the following:

1.      Plaintiffs filed their Second Amended Complaint on February 2, 2022. ECF No. 106.

2.      On March 9, 2022, Defendants each filed motions to dismiss Plaintiffs' Second Amended Complaint. ECF Nos. 115 and 118.

3.      On March 11, 2022, Defendants filed a motion to stay discovery pending decision of their respective motions to dismiss. ECF No. 120.

4.      On March 25, 2022, the Parties stipulated to extend the time for Plaintiffs to file their response to Defendants' Motion to Stay to April 13, 2022. ECF Nos. 125 (Stipulation) and 126 (Order).

5.      On April 12, 2022, the Parties stipulated a second time to extend the time for Plaintiffs to file their response to Defendants' Motion to Stay to April 20, 2022. ECF Nos. 132 (Stipulation) and 133 (Order).

6.      Defendants' reply in support of their motion to stay discovery is currently due on April 27, 2022. Due to the obligations of Defendants' counsel in other matters and the need for additional time to prepare Defendants' reply, the Parties have agreed to extend the time for Defendants to file their reply in support of their motion to stay discovery up to and including **May 6, 2022**.

7.      This is the first request for an extension of time for Defendants to file their reply in support of their motion to stay discovery.

8.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9.     Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 27th day of April, 2022.

MAIER GUTIERREZ & ASSOCIATES        JACKSON LEWIS P.C.

*/s/ Danielle J. Barraza*                              */s/ Joshua A. Sliker*
JASON R. MAIER, ESQ.                         DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 8557                            Nevada Bar No. 6596
JOSEPH A. GUTIERREZ, ESQ.            JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 9046                            Nevada Bar No. 12493
DANIELLE J. BARRAZA, ESQ.            300 S. Fourth Street, Suite 900
Nevada Bar No. 13822                          Las Vegas, Nevada 89101
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148                      *Attorneys for Defendants*

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
                    4-28-2022
Dated: _____