DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' OPENING SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' (1) MOTION FOR LEAVE TO PROCEED UNDER FICTITIOUS NAMES, AND (2) MOTION FOR PROTECTIVE ORDER (ECF No. 127)**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their counsel Maier Gutierrez & Associates and Gilbert & England Law Firm, and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, by and through its counsel Jackson Lewis P.C., that Defendants shall have an extension up to and including May 11, 2022, to file their respective responses to Plaintiffs' Opening Supplemental Briefing in support of Plaintiffs': (1) Motion for Leave to Proceed Under Fictitious Names, and (2) Motion for Protective Order. ECF No. 127. This Stipulation is submitted and based upon the following:

1. Defendants' respective responses to Plaintiffs' Opening Supplemental Briefing in support of Plaintiffs': (1) Motion for Leave to Proceed Under Fictitious Names, and (2) Motion for

Protective Order (ECF No. 127), is currently due on May 6, 2022.

2. Defendants' counsel was ill for several days which has delayed completion of Defendants' response to Plaintiffs' Opening Supplemental Brief. As a result, the Parties have agreed to extend the time for Defendants to submit their response to May 11, 2022.

3. This is the second request for an extension of time for Defendants to file their response to Plaintiffs' Opening Supplemental Brief. The Parties previously stipulated to allow Defendants an extension of time. ECF Nos. 131 and 134.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 3rd day of May, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle J. Barraza | /s/ Joshua A. Sliker |
| JASON R. MAIER, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| JOSEPH A. GUTIERREZ, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| DANIELLE J. BARRAZA, ESQ. | 300 S. Fourth Street, Suite 900 |
| Nevada Bar No. 13822 | Las Vegas, Nevada 89101 |
| 8816 Spanish Ridge Avenue | |
| Las Vegas, Nevada 89148 | *Attorneys for Defendants* |
| | |
| KATHLEEN J. ENGLAND, ESQ. | |
| Nevada Bar No. 206 | |
| GILBERT & ENGLAND LAW FIRM | |
| 610 South Ninth Street | |
| Las Vegas, Nevada 89101 | |

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge /
United States Magistrate Judge

Dated: 05/05/2022