KATHLEEN J. ENGLAND, NV Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     702.529.2311
E-mail:          kengland@gilbertenglandlaw.com

JASON R. MAIER, NV Bar No. 8557
JOSEPH A. GUTIERREZ, NV Bar No. 9046
DANIELLE J. BARRAZA, NV Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:    702.629.7925
E-mail:       jrm@mgalaw.com
              jag@mgalaw.com
              djb@mgalaw.com

*Attorneys for Plaintiffs, Judy Does 1-9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE JUNE 27, 2022 HEARING ON [1] DEFENDANTS' MOTION TO STAY DISCOVERY PENDING DECISION OF THEIR MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF NO. 120] AND [2] SUPPLEMENTAL BRIEFING AND ARGUMENTS ON PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER FICTITIOUS NAMES AND MOTION FOR PROTECTIVE ORDER [ECF NO. 127]** |

The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their attorneys of record, do hereby stipulate and agree to continue the June 27, 2022 hearing on: [1] Defendants' Motion to Stay Discovery Pending Decision of their Motions to Dismiss Plaintiffs' Second Amended Compalint

1

[ECF No. 120], and [2] Supplemental Briefing and Arguments on Plaintiffs' (1) Motion for Leave to Proceed Under Ficitous Names and (2) Motion for Protective Order [ECF No. 127] to **July 13, 2022, in the afternoon**.

This stipulation was at Plaintiffs' request, as Plaintiffs' lead counsel Kathleen J. England will be traveling the day of June 27, 2022.

This stipulation is submitted in good faith and not for purposes of delay.

Dated this 14th day of June 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle J. Barraza<br>Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Joseph A. Gutierrez, Esq.<br>Nevada Bar No. 9046<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | /s/ Deverie J. Christensen<br>Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>Daniel I. Aquino, Esq.<br>Nevada Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| GILBERT & ENGLAND LAW FIRM<br>Kathleen J. England, Esq.<br>Nevada Bar No. 206<br>610 South Ninth Street<br>Las Vegas, Nevada 89101 | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

IT IS HEREBY ORDERED that the video conference hearing scheduled for June 27, 2022, is RESCHEDULED to 1:00 PM, July 13, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 12, 2022.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 6-16-2022