1  KATHLEEN J. ENGLAND, ESQ.
   Nevada Bar No. 206
2  **GILBERT & ENGLAND LAW FIRM**
   610 South Ninth Street
3  Las Vegas, Nevada 89101
   Telephone:    702.529.2311
4  E-mail:       kengland@gilbertenglandlaw.com

5  JASON R. MAIER, ESQ.
   Nevada Bar No. 8557
6  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
7  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
8  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
9  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
10 Facsimile: 702.629.7925
   E-mail:    jrm@mgalaw.com
11            jag@mgalaw.com
              djb@mgalaw.com
12
   *Attorneys for Plaintiffs Judy Doe No. 1,*
13 *Judy Doe No. 2, Judy Doe No. 3,*
   *Judy Doe No. 4, Judy Doe No. 5,*
14 *Judy Doe No. 6, Judy Doe No. 7,*
   *Judy Doe No. 8 and Judy Doe No. 9*

15

16                **UNITED STATES DISTRICT COURT**

17                      **DISTRICT OF NEVADA**

18

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OBJECTION TO ECF NO. 154**<br><br>**(First Request)** |

1

1  The nine JUDY DOE Plaintiffs Nos. 1-9 (collectively "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, do hereby stipulate and agree to extend the time for Plaintiffs to file their objection to the Order on Plaintiffs' Supplemental Briefing in Support of their (1) motion for leave to proceed under fictitoius names, and (2) motion for protective order [ECF No. 154].

The current deadline to submit the objection to ECF No. 154 is August 23, 2022.  Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **September 27, 2022** so that Plaintiffs adequate time to review and lodge their objection to the order.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 22nd day of August 2022.                         DATED this 22nd day of August 2022.

**MAIER GUTIERREZ & ASSOCIATES**                              **JACKSON LEWIS P.C.**

*/s/ Danielle J. Barraza*                                    */s/ Joshua A. Sliker*
_____                            _____
Jason R. Maier, Esq.                                         Deverie J. Christensen, Esq.
Nevada Bar No. 8557                                          Nevada Bar No. 6596
Joseph A. Gutierrez, Esq.                                    Joshua A. Sliker, Esq.
Nevada Bar No. 9046                                          Nevada Bar No. 12493
Danielle J. Barraza, Esq.                                    300 S. Fourth Street, Suite 900
Nevada Bar No. 13822                                         Las Vegas, Nevada 89101
8816 Spanish Ridge Avenue                                    *Attorneys for Defendants*
Las Vegas, Nevada 89148

Kathleen J. England, Esq.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                                   **IT IS SO ORDERED.**

Dated this   23   day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2