DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER (ECF NO. 157)**<br><br>**(FIRST REQUEST)** |

Defendants, by and through their counsel of record, and Plaintiffs, by and through their counsel of record, do hereby stipulate and agree to extend the time for Defendants to file their respective Responses to Plaintiffs' Objection to Magistrate Judge's Order [ECF No. 154] on Plaintiffs' (1) Motion for Leave to Proceed Under Fictitious Names, and (2) Motion for Protective Order (ECF No. 157) up to and including October 25, 2022. No prior request for an extension of this deadline has been made. This Stipulation is based on the following:

1. On August 9, 2022, Magistrate Judge Ferenbach issued an Order denying Plaintiff's Motion for Leave to Proceed Under Fictitious Names, and (2) Motion for Protective Order. ECF No. 154.

JACKSON LEWIS P.C.
LAS VEGAS

   2. On August 22, 2022, the Parties stipulated to extend the time for Plaintiffs to file their Objections to the Magistrate Judge's Order from August 23, 2022 to September 27, 2022. ECF No. 155. The Court granted the Stipulation on August 23, 2022. ECF No. 156.

   3. On September 27, 2022, Plaintiffs filed their Objection to the Magistrate Judge's Order. ECF No. 157.

   4. Currently, Defendants' respective responses to the Objection are due on October 11, 2022. Defendants have requested, and Plaintiffs have agreed to, an extension of time up to and including **October 25, 2022** to file their responses. The additional time will ensure Defendants have adequate time to review Plaintiffs' Objection and complete their responses thereto.

   5. This stipulation and order is sought in good faith and not for the purpose of delay.

   Dated this 10th day of October, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Danielle J. Barraza* <br> DANIELLE J. BARRAZA, ESQ. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 | /s/ *Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| GILBERT & ENGLAND LAW FIRM <br> Kathleen J. England, Esq. <br> Nevada Bar No. 206 <br> 610 South Ninth Street <br> Las Vegas, Nevada 89101 | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Dated this   25   day of October, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT