Kathleen J. England, Esq.
Nevada Bar No. 206
**Gilbert & England Law Firm**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:      jrm@mgalaw.com
                jag@mgalaw.com
                djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,
Judy Doe No. 2, Judy Doe No. 3,
Judy Doe No. 4, Judy Doe No. 5,
Judy Doe No. 6, Judy Doe No. 7,
Judy Doe No. 8 and Judy Doe No. 9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.:  2:19-cv-01904-GMN-VCF <br><br> **STIPULATION AND REQUEST FOR ORDER EXTENDING DEADLINES ASSOCIATED WITH ECF NO. 162** <br><br> **(First Request)** |

1    The nine JUDY DOE Plaintiffs Nos. 1-9 ( "Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, stipulate and agree to extend the time for Plaintiffs to file their third amended complaint.

The current deadline to submit the third amended complaint is February 24, 2023 pursuant to ECF No. 162. Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **March 6, 2023** so that Plaintiffs have adequate time to prepare the third amended complaint.

Further, the current deadline for Defenants to re-file the Motion to Seal the EEOC Charges is February 24, 2023 pursuant to ECF No. 162. Defendants have requested, and Plaintiffs have agreed to, an extension of time to and including **March 6, 2023** so that Defendants have adequate time to prepare the Motion to Seal the EEOC Charges.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 22nd day of February 2023.    DATED this 22nd day of February 2023.

**MAIER GUTIERREZ & ASSOCIATES**    **JACKSON LEWIS P.C.**

*/s/ Danielle J. Barraza*    */s/ Deverie J. Christensen*
_____    _____
Jason R. Maier, Esq.    Deverie J. Christensen, Esq.
Nevada Bar No. 8557    Nevada Bar No. 6596
Danielle J. Barraza, Esq.    Joshua A. Sliker, Esq.
Nevada Bar No. 13822    Nevada Bar No. 12493
8816 Spanish Ridge Avenue    300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89148    Las Vegas, Nevada 89101
    *Attorneys for Defendants*

Kathleen J. England
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED this  22  day of ____February____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2