# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JUDY DOE NO. 1, et al., <br><br>           Plaintiffs, <br><br>vs. <br><br>WYNN RESORTS LIMITED, et al., <br><br>           Defendants. | Case No. 2:19-cv-01904-GMN-VCF <br><br>**ORDER** <br><br>PLAINTIFFS' MOTIONS TO PROCEED ANONYMOUSLY [ ECF NOS. 21 AND 127] |

Judge Navarro has referred plaintiff's motions to proceed anonymously (ECF Nos. 21 and 127) to me for reconsideration in light of new allegations in plaintiffs' third amended complaint. ECF No. 169. I order the parties to file supplemental briefing presenting how changes in the third amended complaint (ECF No. 168), when compared with the second amended complaint (ECF No. 106), impact my previous order. The parties may also refer to new case law, if any, that may change my analysis.

Plaintiffs' complaint was filed on October 29, 2019.  ECF No. 1. On November 22, 2019, plaintiffs filed a motion for protective order, seeking leave to proceed under fictitious names.  ECF Nos. 20 and 21.  On January 8, 2020, these requests were granted in part and denied in part.  ECF No. 52. On July 15, 2020, Judge Mahan granted defendants' motion to dismiss. ECF No. 81. Plaintiffs timely appealed Judge Mahan's order and ECF No. 52, regarding plaintiffs' request to proceed under fictitious names.  The Ninth circuit affirmed in part, reversed in part and remanded with instructions. ECF No. 97.

On February 2, 2022, plaintiffs filed a second amended complaint. ECF No. 106. On March 9, 2022, defendants moved to dismiss the second amended complaint. ECF Nos. 115 and 118. The parties submitted supplemental briefing regarding plaintiffs' request to proceed under fictitious names. ECF Nos. 127, 148 and 149. On August 9, 2022, I denied ECF No. 127, the supplemental motion to proceed under fictitious names. ECF No. 154. Plaintiffs timely objected to my order. ECF No. 157. On February 3, 2023, Judge Navarro granted defendants' motions to dismiss in part, with leave to amend. ECF No. 162. On March 6, 2023, plaintiffs filed their third amended complaint. ECF No. 168.

In light of plaintiffs filing their third amended complaint, on March 8, 2023, Judge Navarro referred the plaintiffs' motions to proceed anonymously (ECF Nos. 21 and 127) to me to consider whether the plaintiffs should be allowed to proceed anonymously based on the additional allegations contained in their third amended complaint. ECF NO. 169.

ACCORDINGLY,

IT IS HEREBY ORDERED that on or before April 11, 2023, plaintiffs must file a supplemental brief presenting how changes in the third amended complaint [ECF No. 168], when compared with the second amended complaint [ECF No. 106], impact, if at all, the analysis underlying the prior decisions to deny plaintiffs' request to proceed under fictious names.

Responsive and reply briefs will be due in the ordinary course. LR 7-2(b).

The parties may also refer to new case law in their briefs, if any.

IT IS SO ORDERED.

DATED this 14th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE