DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that Defendants shall have an extension up to and including April 17, 2023, in which to file their respective responses to Plaintiffs' Third Amended Complaint (ECF No. 167). This Stipulation is submitted and based upon the following:

1. The Court previously granted a Stipulation requesting a two-week extension, to April 3, 2023, for Defendants' to file their respective responses to Plaintiffs' Third Amended

Complaint that was originally due on March 20, 2023.

2. Defense Counsel will be out of the office unexpectedly due to a personal matter most of the week of March 27. In addition, due to the breadth of the Third Amended Complaint, which includes 500 paragraphs of allegations over 92 pages and 231 pages of exhibits attached thereto, Defendants require additional time to complete their responses.

3. This is the second request for a two-week extension of time for Defendants to file their respective responses to Plaintiffs' Third Amended Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 27th day of March, 2023.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle J. Barraza | /s/ Deverie J. Christensen |
| Jason R. Maier, Esq. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| Joseph A. Gutierrez, Esq. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| Danielle J. Barraza, Esq. | HILARY A. WILLIAMS, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 14645 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge /~~
United States Magistrate Judge

Dated: 3-28-2023