KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:      kengland@gilbertenglandlaw.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     jrm@mgalaw.com
            jag@mgalaw.com
            djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,
Judy Doe No. 2, Judy Doe No. 3,
Judy Doe No. 4, Judy Doe No. 5,
Judy Doe No. 6, Judy Doe No. 7,
Judy Doe No. 8 and Judy Doe No. 9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFFS' APRIL 11, 2023 DEADLINE ASSOCIATED WITH ECF NO. 172**<br><br>**(First Request)** |

1

1  The nine JUDY DOE Plaintiffs Nos. 1-9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC ("Defendants"), by and through their respective attorneys of record, stipulate and agree to extend the time for Plaintiffs to file their supplemental brief presenting how changes made in the third amended complaint [ECF No. 168], when compared to the second amended complaint [ECF No. 106], impact, if at all, the analysis underlying the prior decisions to deny plaintiffs' request to proceed under fictitious names.

The current deadline to submit the supplemental brief is April 11, 2023 pursuant to ECF No. 172. Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **April 18, 2023** so that Plaintiffs have adequate time to prepare the supplemental brief.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 7th day of April 2023. | DATED this 7th day of April 2023. |
| **MAIER GUTIERREZ & ASSOCIATES** | **JACKSON LEWIS P.C.** |
| /s/ Danielle J. Barraza | /s/ Deverie J. Christensen |
| Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |
| Kathleen J. England<br>Nevada Bar No. 206<br>GILBERT & ENGLAND LAW FIRM<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED this 11TH day of April, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2