KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:    702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:      jrm@mgalaw.com
                  jag@mgalaw.com
                  djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,*
*Judy Doe No. 2, Judy Doe No. 3,*
*Judy Doe No. 4, Judy Doe No. 5,*
*Judy Doe No. 6, Judy Doe No. 7,*
*Judy Doe No. 8 and Judy Doe No. 9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFFS' MAY 1, 2023 DEADLINE ASSOCIATED WITH ECF NOS. 180, 181 & 182**<br><br>**(First Request)** |

The nine JUDY DOE Plaintiffs Nos. 1-9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited ("Wynn Resorts") and Wynn Las Vegas, LLC ("Wynn LV") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree to extend the time for Plaintiffs to file their response to Wynn LV's motion to dismiss Plaintiffs' third amended complaint [ECF No. 180], and Wynn Resorts' (1) motion to dismiss Plaintiffs' third amened complaint; or (2) in the alternative, joinder to defendant Wynn Las Vegas, LLC's motion to dismiss Plaintiffs' third amended complaint [ECF NoS. 181 & 182].

The current deadline to submit the responses is May 1, 2023 pursuant to ECF Nos. 180, 181 & 182. Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **May 17, 2023** so that Plaintiffs have adequate time to prepare the responses.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 28th day of April 2023.                DATED this 28th day of April 2023.

**MAIER GUTIERREZ & ASSOCIATES**                  **JACKSON LEWIS P.C.**

*/s/ Danielle J. Barraza*                         */s/ Deverie J. Christensen*
_____                   _____
Jason R. Maier, Esq.                              Deverie J. Christensen, Esq.
Nevada Bar No. 8557                               Nevada Bar No. 6596
Danielle J. Barraza, Esq.                         Joshua A. Sliker, Esq.
Nevada Bar No. 13822                              Nevada Bar No. 12493
8816 Spanish Ridge Avenue                         Hilary A. Williams, Esq.
Las Vegas, Nevada 89148                           Nevada Bar No. 14645
                                                  300 S. Fourth Street, Suite 900
Kathleen J. England                               Las Vegas, Nevada 89101
Nevada Bar No. 206                                *Attorneys for Defendants*
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED this  1st  day of _____May_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2