KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     702.529.2311
E-mail:        kengland@gilbertenglandlaw.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:     jrm@mgalaw.com
            jag@mgalaw.com
            djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,
Judy Doe No. 2, Judy Doe No. 3,
Judy Doe No. 4, Judy Doe No. 5,
Judy Doe No. 6, Judy Doe No. 7,
Judy Doe No. 8 and Judy Doe No. 9*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFFS' MAY 9, 2023 DEADLINE ASSOCIATED WITH ECF NOS. 183 AND 186**<br><br>**(First Request)** |

1

1  The nine JUDY DOE Plaintiffs Nos. 1-9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited ("Wynn Resorts") and Wynn Las Vegas, LLC ("Wynn LV") (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree to extend the time for Plaintiffs to file their reply brief in response to Defendants' opposition to Plaintiffs' supplemental briefing [ECF No. 183] in support of their motion for leave to proceed under fictitious names [ECF No. 20] following the filing of the Third Amended Complaint.

The current deadline to submit the reply brief is May 9, 2023 pursuant to ECF No. 186. Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **May 23, 2023** so that Plaintiffs have adequate time to prepare and submit the reply brief.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 8th day of May 2023. | DATED this 8th day of May 2023. |
| **MAIER GUTIERREZ & ASSOCIATES** | **JACKSON LEWIS P.C.** |
| */s/ Danielle J. Barraza* | */s/ Deverie J. Christensen* |
| _____ | _____ |
| Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>Kathleen J. England<br>Nevada Bar No. 206<br>GILBERT & ENGLAND LAW FIRM<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>Hilary A. Williams, Esq.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-12-2023  _____

2