Kathleen J. England, Esq.
Nevada Bar No. 206
**Gilbert & England Law Firm**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

Jason R. Maier, Esq.
Nevada Bar No. 8557
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:       jrm@mgalaw.com
                  jag@mgalaw.com
                  djb@mgalaw.com

*Attorneys for Plaintiffs Judy Doe No. 1,*
*Judy Doe No. 2, Judy Doe No. 3,*
*Judy Doe No. 4, Judy Doe No. 5,*
*Judy Doe No. 6, Judy Doe No. 7,*
*Judy Doe No. 8 and Judy Doe No. 9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9 an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited-laiblity company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFFS' MAY 17, 2023 DEADLINE ASSOCIATED WITH ECF NO. 180**<br><br>**(Second Request)** |

1  The nine JUDY DOE Plaintiffs Nos. 1-9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited
2 and Wynn Las Vegas, LLC (collectively "Defendants"), by and through their respective attorneys of
3 record, stipulate and agree to extend the time for Plaintiffs to file their response to Wynn Las Vegas,
4 LLC's motion to dismiss Plaintiff's third amened complaint [ECF No. 180].

5  The current deadline to submit the response is May 17, 2023 pursuant to ECF No. 185.
6 Plaintiffs have requested, and Defendant have agreed to, an extension of time to and including **May
7 31, 2023** so that Plaintiffs have adequate time to prepare the response.

8  This stipulation is submitted in good faith and not for purposes of delay.

9 IT IS SO STIPULATED.

| DATED this 17th day of May 2023. | DATED this 17th day of May 2023. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **JACKSON LEWIS P.C.** |
| /s/ Danielle J. Barraza | /s/ Deverie J. Christensen |
| _____ | _____ |
| Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>Kathleen J. England<br>Nevada Bar No. 206<br>GILBERT & ENGLAND LAW FIRM<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>Joshua A. Sliker, Esq.<br>Nevada Bar No. 12493<br>Hilary A. Williams, Esq.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED this  17  day of      May      , 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2