DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited
and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WYNN RESORTS, LTD. AND WYNN LAS VEGAS, LLC TO REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**(SECOND REQUEST – WYNN RESORTS, LTD.)**<br><br>**(FIRST REQUEST – WYNN LAS VEGAS, LLC.)** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that Defendants Wynn Resorts, Ltd. ("WRL") and Wynn Las Vegas, LLC ("WLV"), shall have an extension up to and including June 30, 2023, in which to file their Replies in support of their respective Motions to Dismiss Plaintiffs' Third Amended Complaint (ECF No. 181 "WRL Motion" and ECF No. 180 "WLV Motion") and WRL's Joinder to Defendant Wynn Las Vegas, LLC's Motion to Dismiss Plaintiffs' Third Amended Complaint (ECF No. 182)

("Joinder"). This Stipulation is submitted and based upon the following:

1.     Due to the breadth of the Third Amended Complaint (ECF No. 167), which includes 500 paragraphs of allegations over 92 pages and 231 pages of exhibits, and the many contentions asserted thus far between the parties in motion practice (comprising over 400 pages of arguments and exhibits), ECF Nos. 180, 181, 182, 189, 190, 196, 197, WRL and WLV require additional time to complete their replies.

2.     Additionally, due to pre-scheduled summer family vacations and an unexpected medical issue affecting one of Defense Counsel's attorneys who was working on the replies, Defendants request and require additional time to complete their replies.

3.     This is the second request for an extension of time for WRL to file its reply in support of its WLR Motion and Joinder.

4.     This is the first request for an extension of time for WLV to file its reply in support of its WLV Motion.

5.     This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 6th day of June, 2023.

MAIER GUTIERREZ & ASSOCIATES           JACKSON LEWIS P.C.

/s/ Danielle J. Barraza                              /s/ Deverie J. Christensen
Jason R. Maier, Esq.                                  DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 8557                                  Nevada Bar No. 6596
Joseph A. Gutierrez, Esq.                          JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 9046                                  Nevada Bar No. 12493
Danielle J. Barraza, Esq.                          HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 13822                                Nevada Bar No. 14645
8816 Spanish Ridge Avenue                      300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89148                          Las Vegas, Nevada 89101
                                                              *Attorneys for Defendants*

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated:   _June 8, 2023_____