1  KATHLEEN J. ENGLAND, ESQ.
   Nevada Bar No. 206
2  **GILBERT & ENGLAND LAW FIRM**
   610 South Ninth Street
3  Las Vegas, Nevada 89101
   Telephone:    702.529.2311
4  E-mail:        kengland@gilbertenglandlaw.com

5  JASON R. MAIER, ESQ.
   Nevada Bar No. 8557
6  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
7  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
8  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
9  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
10 Facsimile:  702.629.7925
   E-mail:     jrm@mgalaw.com
11             jag@mgalaw.com
               djb@mgalaw.com
12
   *Attorneys for Plaintiffs Judy Doe No. 1,*
13 *Judy Doe No. 2, Judy Doe No. 3,*
   *Judy Doe No. 4, Judy Doe No. 5,*
14 *Judy Doe No. 6, Judy Doe No. 7,*
   *Judy Doe No. 8 and Judy Doe No. 9*

15

16                **UNITED STATES DISTRICT COURT**

17                    **DISTRICT OF NEVADA**

18
   JUDY DOE NO. 1, an individual; JUDY DOE      Case No.:  2:19-cv-01904-GMN-VCF
19 NO. 2, an individual; JUDY DOE NO. 3, an
   individual; JUDY DOE NO. 4, an individual;   **STIPULATION AND REQUEST FOR**
20 JUDY DOE NO. 5, an individual; JUDY DOE      **ORDER EXTENDING TIME FOR**
   NO. 6, an individual; JUDY DOE NO. 7, an     **PLAINTIFFS TO FILE OBJECTION TO**
21 individual; JUDY DOE NO. 8, an individual; and  **ECF NO. 208**
   JUDY DOE NO. 9 an individual,
22                                              **(First Request)**
               Plaintiffs,
23
   v.
24
   WYNN   RESORTS,   LIMITED,   a   Nevada
25 corporation; WYNN LAS VEGAS, LLC, a
   Nevada  limited-laiblity  company;  DOES  I
26 through  X;  and  ROE  CORPORATIONS  I
   through X, inclusive,
27
               Defendants.
28

1

The nine JUDY DOE Plaintiffs Nos. 1-9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree to extend the time for Plaintiffs to file their objection to the Order issued on July 17, 2023 [ECF No. 208].

The current deadline to submit the objection is July 31, 2023 pursuant to ECF No. 208. Plaintiffs have requested, and Defendants have agreed to, an extension of time to and including **August 7, 2023**, so that Plaintiffs have adequate time to prepare the objection.

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 25th day of July 2023.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
_____
Jason R. Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Kathleen J. England
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 25th day of July 2023.

**JACKSON LEWIS P.C.**

*/s/ Deverie J. Christensen*
_____
Deverie J. Christensen, Esq.
Nevada Bar No. 6596
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
Hilary A. Williams, Esq.
Nevada Bar No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED this 26 day of _____July_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2