DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WYNN RESORTS, LTD. AND WYNN LAS VEGAS, LLC TO RESPOND TO PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO.208] ON PLAINTIFFS' (1) MOTION FOR LEAVE TO PROCEED UNDER FICTIOUS NAMES AND (2) MOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that Defendants Wynn Resorts, Ltd. ("WRL") and Wynn Las Vegas, LLC ("WLV," and together with WRL, "Defendants"), shall have an extension up to and including September 5, 2023, in which to file their Response to Plaintiffs' Objection to Magistrate Judge's Order [ECF No. 208] Motion for Leave to Proceed Under Fictious Names and Motion for Protective Order (the "Objection"). This Stipulation is submitted and based upon the following:

1. Plaintiffs filed their Objection on August 7, 2023.

2. Defendants' response to the Objection is currently due on August 21, 2023.

3. The parties have recently engaged in settlement negotiations that will expire at the end of August.

4. The parties have agreed to briefly extend the deadline to respond to Plaintiffs' Objection to September 5, 2023, to complete settlement negotiations in August before incurring additional expenses in September.

5. This is the first request for an extension of time to respond to Plaintiffs' Objection.

6. This request is made in good faith and not for the purpose of delay.

Dated this 9th day of August, 2023.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* | */s/ Deverie J. Christensen* |
| Jason R. Maier, Esq. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| Joseph A. Gutierrez, Esq. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| Danielle J. Barraza, Esq. | HILARY A. WILLIAMS, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 14645 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: August 9, 2023