DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-01904-GMN-VCF <br><br> **STIPULATED:** <br><br> **(1) NOTICE OF SETTLEMENT;** <br><br> **(2) REQUEST FOR STAY; and** <br><br> **(3) REQUEST FOR STATUS CHECK** |

Plaintiffs and Defendants, by and through their respective counsel, hereby file this Stipulated Notice of Settlement, Request for Stay, and Request for Status Check. The parties have reached a resolution of this matter. The parties need enough time to complete the settlement process, including the issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties request that the Court schedule a settlement status check conference in approximately 60 days, at the Court's convenience, to permit the parties time to complete the

settlement process and file a stipulation and order for dismissal. The status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines. The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 5th day of September, 2023.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* | */s/ Deverie J. Christensen* |
| Jason R. Maier, Esq. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| Joseph A. Gutierrez, Esq. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 12493 |
| Danielle J. Barraza, Esq. | HILARY A. WILLIAMS, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 14645 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED**. **IT IS FURTHER ORDERED** that all pending deadlines between the parties are hereby vacated. **IT IS FURTHER ORDERED** that the parties must appear in-person before the Court for a status check on November 6, 2023, at 10:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. If dismissal documents or a joint status report is filed by 12 noon on November 3, 2023, the status check will be automatically vacated.

**IT IS FURTHER ORDERED** that Defendant Wynn Las Vegas, LLC's Motions for Leave to File Excess Pages, (ECF Nos. 179, 203), and Motion to Dismiss, (ECF No. 180), Defendant Wynn Resorts Limited's Motion to Dismiss, (ECF No. 181), and Motion for Leave to File Excess Pages, (ECF No. 204), and the Judy Doe Plaintiffs' Motions for Leave to File Excess Pages, (ECF Nos. 198, 199), and Objection/Appeal to the Magistrate Judge's Order, (ECF No. 211), are **DENIED as moot**.

Dated this __5__ day of September, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT