DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL and CONTINUE STATUS CHECK**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that the deadline for the parties to file a dismissal be extended forty-five (45) days to December 18, 2023, and the status check conference be continued to a date thereafter.

1. The deadline to file a dismissal is currently November 3, 2023, and a status check conference is scheduled on November 6, 2023, at 10:00am.  (ECF No. 219)

2. The parties need an additional forty-five days to file a dismissal.

3. This is the first request for extension of the deadline to file a dismissal.

4. This request is made in good faith and not for the purpose of delay.

5. The parties respectfully request the Court extend the deadline to file a dismissal forty-five days to December 18, 2023, and to continue the status check conference to a date thereafter at the Court's convenience.

Dated this 2nd day of November, 2023.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kathleen J. England* <br> Jason R. Maier, Esq. <br> Nevada Bar No. 8557 <br> Joseph A. Gutierrez, Esq. <br> Nevada Bar No. 9046 <br> Danielle J. Barraza, Esq. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> KATHLEEN J. ENGLAND, ESQ. <br> Nevada Bar No. 206 <br> GILBERT & ENGLAND LAW FIRM <br> 610 South Ninth Street <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiffs* | */s/ Deverie J. Christensen* <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> HILARY A. WILLIAMS, ESQ. <br> Nevada Bar No. 14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

## **ORDER**

IT IS HEREBY ORDERED:

1. The deadline to file a dismissal is extended to December 18, 2023.

2. The status check conference is continued to the following date and time:

   January 3, 2024, at 10:00AM

3. If a dismissal is filed by December 18, 2023, the status check conference will be automatically vacated.

_____
United States District Court Judge

Dated: November 2, 2023