DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL and CONTINUE STATUS CHECK**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that the deadline for the parties to file a dismissal be extended for a second forty-five (45) day period to February 1, 2024, and the status check conference be continued to a date thereafter.

1. The deadline to file a dismissal is currently December 18, 2023, and a status check conference is scheduled on January 3, 2023, at 10:00am. (ECF No. 222)

2. The parties need an additional forty-five days to file a dismissal.

3. This is the second request for extension of the deadline to file a dismissal.

4. This request is made in good faith and not for the purpose of delay.

5. The parties respectfully request the Court extend the deadline to file a dismissal forty-five days to February 1, 2024, and to continue the status check conference to a date thereafter at the Court's convenience.

Dated this 18th day of December, 2023.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kathleen J. England* | */s/ Deverie J. Christensen* |
| Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Joseph A. Gutierrez, Esq.<br>Nevada Bar No. 9046<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>HILARY A. WILLIAMS, ESQ.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

## **ORDER**

IT IS HEREBY ORDERED:

1. The deadline to file a dismissal is extended to February 1, 2024.

2. The status check conference is continued to the following date and time:

    February 20, 2024 at 11:00AM

3. If a dismissal is filed by February 1, 2024, the status check conference will be automatically vacated.

_____
United States District Court Judge

Dated: December 19, 2023