DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY DOE NO. 1, an individual; JUDY DOE NO. 2, an individual; JUDY DOE NO. 3, an individual; JUDY DOE NO. 4, an individual; JUDY DOE NO. 5, an individual; JUDY DOE NO. 6, an individual; JUDY DOE NO. 7, an individual; JUDY DOE NO. 8, an individual; and JUDY DOE NO. 9, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, ability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01904-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING FEBRUARY 20, 2024 STATUS CHECK** |

Plaintiffs Judy Doe No. 1, Judy Doe No. 2, Judy Doe No. 3, Judy Doe No. 4, Judy Doe No. 5, Judy Doe No. 6, Judy Doe No. 7, Judy Doe No. 8 and Judy Doe No. 9 ("Plaintiffs"), and Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC, ("Defendants"), by and through their respective counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

1  It is further stipulated that the Status Check currently scheduled for February 20, 2024 at
2  11:00 a.m. be vacated.
3  Dated this 26th day of January, 2024.

MAIER GUTIERREZ & ASSOCIATES           JACKSON LEWIS P.C.

*/s/ Danielle J. Barraza*                           */s/ Deverie J. Christensen*
Jason R. Maier, Esq.                                DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 8557                                 Nevada Bar No. 6596
Joseph A. Gutierrez, Esq.                           JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 9046                                 Nevada Bar No. 12493
Danielle J. Barraza, Esq.                           HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 13822                                Nevada Bar No. 14645
8816 Spanish Ridge Avenue                           300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89148                             Las Vegas, Nevada 89101
                                                    *Attorneys for Defendants*

KATHLEEN J. ENGLAND, ESQ.
Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED: The Clerk of Court is instructed to close the case.

_____
United States District Court Judge

Dated: January 26, 2024